```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )
                              )
            Plaintiff         )      CR F-01-5414 OWW
                              )
    v.                        )
                              )
JOAQUIN CONTRERAS-AVALOS,     )
                              )
            Defendant         )      ORDER RECALLING WARRANT
_____)
```

The Court having been advised that the above defendant is already in custody in the Southern District of California, and at the request of the probation officer, the Warrant of Arrest issued as to Joaquin Contreras-Avalos is recalled.

Dated: April 26, 2005                /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge

1