UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOAQUIN CONTRERAS-AVALOS,<br><br>　　　　Defendant.<br>_____ | Case No.　1:01-cr-05414-OWW<br><br>**ORDER OF DETENTION FOLLOWING REVOCATION OF PREVIOUSLY SET CONDITIONS OF RELEASE** |

A.　<u>Order for Revocation and Detention</u>

　　After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.　<u>Statement of Reasons for the Revocation and Detention</u>

　　The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

　　____　(1)　There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release, to wit:

**or**

　　_X_　(2)　There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit:
　　　　　　violation of his supervised release.

**and**

　　____　(3)　That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

　　_X_　(4)　That this defendant is unlikely to abide by any condition or combination of conditions of release.

　　____　(5)　That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, to wit:

IT IS SO ORDERED.

**Dated:　May 16, 2005**　　　　　　　　　　**/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE