UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>          Plaintiff             )<br>                                )<br>     v.                         )<br>                                )<br>JOAQUIN CONTRERAS-AVALOS,       )<br>                                )<br>          Defendant             )<br>_____) | 1:01-CR-5414 OWW<br>1:05-CR-299 OWW<br><br><br><br><br><br>ORDER STAYING TRANSPORTATION |

    The above-named defendant having been sentenced and committed to the custody of the Bureau of Prisons, it is further ordered that the defendant not be transported out of the Fresno County Jail until after December 26, 2005.

Dated: November 15, 2005              /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1